**Order entered March 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00424-CR

### JOHNELLE RENEE HALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 10
### Dallas County, Texas
### Trial Court Cause No. MA17-13792-L

## ORDER

Before the Court is appellant's March 5, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's tendered brief filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE